**Scan 5.jpeg**
84K

**RECEIVED**

MAY 0 4 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Michael Bui** <michaelbui195@gmail.com>  Tue, Feb 16, 2021 at 3:52 AM
To: Flora Tran <Floratran2020@gmail.com>

hi baby this week you can read what did i tell DEED AND MINNESOTA GOVERNMENT today and last week only you can read this form you hear me ? therefore for an example any one in THAILAND in VIETNAM in JAPAN in MINNESOTA and around the United States you must listen to me i mean if i win my lawsuit my matter for some reasons and the United States help you too i mean the United States help you to be a new comer in the United States when you are not cool for some reasons and you can have foods and drinks very cool in the United States and later you can learn English and you can marry a white bitch you hear me people ? because i will against you for some reasons and i will file the form and this email at DEED AND MINNESOTA GOVERNMENT and include i would like to file the form and this email at the U.S. Military Court today you hear me Military people ? because last week i told Military people we will against each other about the number 5. in my complaint and Military people you must listen to me i mean i knew you love your Dear for some reasons but i love my Dear too i mean my future wife you hear me Military people ? i mean a sentence of the prison time for you or for me as soon as possible for some reasons if a sentence of the prison time for me you must speak very cool and make sense for some reasons or you can remedy me a wife and a lot of money for some reasons i mean i have an idea you tell the represent of french community or something like that do you have a virgin white girl about twenty five years old for Mr. Bui or you will go to the prison for some reasons thank you for reading baby Flora Tran

[Quoted text hidden]

---

**5 attachments**

**Scan.jpeg**
84K

**SCANNED**

MAY 0 5 2021

U.S. DISTRICT COURT ST. PAUL

THIS IS MY STATEMENT FOR THIS TUESDAY JANUARY 19, 2021 FOR I CLAIM FOR UNEMPLOYMENT BENEFIT AND I HOPE I CAN RECEIVE TWO CHECKS ONE FOR $300.00 AND ANOTHER ONE FOR $62.00 AND I HOPE I CAN PUT MY STATEMENT IN THE FORM TODAY BUT ABOUT 7.00AM TODAY WHEN I ENTER MY SOCIAL SECURYTY NUMBER AND PASSWORD AND WHEN I CLICK AT THE COVID-19 QUESTION I SAID YES AND THEN I SUBMIT THE FORM I SEE A MESSAGE THIS WEEK I WILL RECEIVE $62.00 OR SOMETHING LIKE THAT THEREFORE I WILL MAIL MY STATEMENT TO YOU AT MN DEPARTMENT OF EMPLOYMENT AND ECONOMIC DEVELOPMENT THE OFFICE OF DIVERSITY AND EQUAL OPPORTUNITY FIRST NATIONAL BANK BUILDING , SUITE E200 332 MINNESOTA STREET ST. PAUL, MN 55101-1351 AND I WILL EMAIL DEED AND MINNESOTA GOVERNMENT AT DEED.ODEO@state.mn.us OR/AND FAX AT 651-297-5343 THANK YOU FOR READING MY STATEMENT

on January 5, 2021 my statement i said No transportation because the job is not on the bus line and no transportation plans because Atlas Staffing no hire do you remember i still claim Covid-19 no allow for work but i go to work and my statement after i go to work i mean i sent two emails to people do you want to read my two emails Deed ? and remedy yes or no ? and about my two emails i mean the first email i sent it to Stephanie Darlene and her email is stephaniedarlene8@gmail.com i told her like this i mean on Friday, November 27, 2020 i said bitch this tuesday i claimed Covid-19 but today i didn't receive $123.00 unemployment benefit i mean i claimed at work i mean i am not at home when i claimed Covid-19 and i click yes at the question Covid-19 and i hid about my temp agency name Randstad i mean DEED fucked up drop my federal stick and only one stick DEED drop too and lawsuit look like done but i still hope my new stick can arrest a lot of people from DEED and become powerful arrest a lot of people around the United States for i can have a wife as soon as possible and the remedy money for damaged i mean life damaged and you know what let me tell you something that mean i have no stick right now and i hope i can have my disability benefit too make sense baby ? bye bye and my second email i sent it to a vietnamese girl i mean i met her online at www.vietsingle.com and her email is yenngan079@yahoo.com i told her like this i mean on Wednesday, December 16, 2020 i said what mean ? you know what am i saying ? what am i talking about ? that mean i guess the restaurants and the supermarket or something like that the managers fear me enter their place for make a killing spree that why their lawyers lock up their businesses but the managers can buy the stock market therefore i hope my stick getting powerful i mean the police or the U.S. Army take some of the managers like that and their lawyers to the prison for pay fine for no more buy the stock market because for some reasons the managers can not be cool when they buy the stock market and i want to beat up these defendants up because now no more talk about a killing spree in this matter for some reasons i mean now the people talk about find me a wife as soon as possible and the remedy money for damaged my life for some reasons only bye bye baby yes DEED and Minnesota Government you need to answer people and me a lot of questions you

hear me ? and on January 12, 2021 when i claim for unemployment benefit i said i would like to keep what did i say on January 5, 2021 for issues and i told Vietnam Thailand China and Japan against me and i against their country i mean each country above and include Minnesota responsible for damaged my life and you must remedy me a wife and a lot of money for some reasons i am cool make sense Deed and people ? therefore Deed and Minnesota Government i mean the people of Minnesota answer me a lot of questions when you are a resident in Minnesota or/and you are from California or something like that i mean all of you must answer me a lot of questions for an example after you read this form please be quiet and be nice to me only or you don't have foods and drinks very cool in Minnesota for some reasons because we are against each other by black or/and white sticks i mean we will use american laws for against each other and all of you must count me like a white male for some reasons you hear me people ? and all of you be careful i ask the police arrest a few of you for an example i think you are a criminal if so i will ask the police or something like that go to a few different states i mean for an example California Georgia Louisiana New York and Florida i mean i just want to say fuck you too you hear me the people of these states ?

DATED: January 19, 2021         SIGNED: *Michael J Bui*

                                                 MICHAEL JOHN BUI
                                                 8332 BLAISDELL AVE S
                                                 BLOOMINGTON, MINNESOTA 55420


**MINNESOTA**
UNEMPLOYMENT INSURANCE

Tuesday, March 16, 2021

Applicant Self-Service    Log Off

\* Indicates Required Field

My Account Home Page
Apply for Benefits
Future Benefits Estimate
Request Benefit Payment
Reemployment Activities
View and Maintain My Account

Change Password

Log Off

You indicated that you were not available for work. Please select the reason(s) why.

\*Select **all** that apply:

- ☐ Illness or Injury
- ☐ No Child care
- ☐ Self-employment
- ☐ Volunteer Work
- ☑ No Transportation
- ☐ Family or Domestic Responsibilities

- ☐ In School or Training (Not High School)
- ☐ On Vacation
- ☐ Out of Town
- ☐ Personal Reasons
- ☐ Incarcerated, Home Monitoring, Court Ordered Community Service

[Previous]  [Next]

Accessibility | Privacy and security | System requirements


**MINNESOTA**
UNEMPLOYMENT INSURANCE

Tuesday, March 16, 2021

Applicant Self-Service    Log Off

\* Indicates Required Field

My Account Home Page

Apply for Benefits
Future Benefits Estimate
Request Benefit Payment
Reemployment Activities
View and Maintain My Account

Change Password

Log Off

Please review your responses carefully for the **week of Sunday, 03/07/2021 through Saturday, 03/13/2021.**

⚠ Please be accurate in your responses. The information you provided will be verified through electronic matching with information provided by your employers. Failure to provide accurate information may result in a delay or overpayment of benefits.

Please answer the following questions carefully for the **week of Sunday, 03/07/2021 through Saturday, 03/13/2021.**

1. \* Did you work or have a paid holiday during the reporting period listed above? This includes Full Time , Part Time , Temporary Work , Self Employment or Volunteer Work.  —  No

2. \* For the time period above, did you/will you receive income from any other source **that you have not already reported to us**? Answer "yes" if you applied for another source of income for the period above, but have not received that income yet.  —  No

   Please click Here for examples of other income sources

3. During the above period:
   \* Did you refuse an offer of suitable employment?  —  No
   \* Did you quit a job? If you have already reported the quit, do not report it again.  —  No
   \* Were you discharged from a job? If you have already reported the discharge, do not report it again.  —  No

4. During the above period:
   \* Were you available for work? (This includes being medically able to work.)  —  No

| | |
|---|---|
| * Did you look for work? | No |

5. **Please read the question below carefully.**

| | |
|---|---|
| * **Unemployed Due to COVID19?** - During the reporting period listed above, has it been difficult to find a job or have you had your hours reduced <u>due to COVID19</u>? If you're not sure <u>please review this information</u>. | Yes |

You indicated that you were not available for work. Please select the reason(s) why.

*Select **all** that apply:

No Transportation

*During the week of 03/07/2021 through 03/13/2021 which days could you not have accepted work because you did you not have transportation?
Select all that apply:

Monday
Tuesday
Wednesday
Thursday
Friday

* Select one statement below, and provide the requested details:

I do not have transportation available to me, but I am trying to find transportation.

List your efforts to find transportation during 03/07/2021 to 03/13/2021:

i would like to keep what did i file on Tuesday, February 16, 2021 i mean i emailed you DEED AND MINNESOTA GOVERNMENT i mean i sent the form and an email i sent it to Flora Tran on Tuesday, February 16, 2021 and her email is Floratran2020@gmail.com and you must read my statement include and you must understand what do i want full details otherwise you will go to the prison for some reasons and i mean the documents above very powerful for some reasons and my matter no black people for judgement or/and the vc people for judgement and you judgement my matter my lawsuit as soon as possible because this is a lawsuit i sue you you hear me

DEED AND MINNESOTA GOVERNMENT and the U.S. Military people and the U.S. Military Court ?

Why is no transportation available to you?

What transportation plans do you have if you are offered a job?

What transportation plans do you have if you are offered a job?

Is public transportation, such as buses, available to you?   Yes

If yes:

Are you willing to use public transportation to search for work and commute to work if you are offered a job?   Yes

If no, why not?

If you want to provide any additional information about this issue, provide it below:

AA-120A

Click here to print this summary

[ Modify Answers ]   [ Submit ]

Accessibility | Privacy and security | System requirements



**MINNESOTA**
UNEMPLOYMENT INSURANCE

Tuesday, March 16, 2021

Applicant Self-Service    Log Off

\* Indicates Required Field

My Account Home Page

Apply for Benefits
Future Benefits Estimate
Reemployment Activities
View and Maintain My Account

Change Password

Log Off

Your request has been received on March 16, 2021 08:42

Pending issues have been identified with your account. You are not currently authorized to receive payment.

You have just requested payment for the last week of your benefit year. Your benefit year ended on March 13, 2021. If you wish to request benefits beyond this date, you must first complete a new application by Friday of this week. If you wish to do so at this time, select *Apply for Benefits* to complete a new application.

Your remaining balance on this account is $144.00

Your benefit year has ended for your last benefit account. If you are now unemployed, select *Apply for Benefits* to begin a new application.

You can Request Payment or View and Maintain your account online Monday through Friday from 6:00 A.M. to 6:00 P.M. *(Central Time)*

Return to Account Home Page

Print this confirmation for your records.

Accessibility | Privacy and security | System requirements

**Michael Bui** <michaelbui195@gmail.com>  Tue, Apr 27, 2021 at 5:15 AM
To: "ODEO, DEED (DEED)" <DEED.ODEO@state.mn.us>

hi DEED did you file my complaint yet ? i want to fight my case to each state in America and include Japan i mean which state allow me to win at least a couple million united states dollars as soon as possible and include a beautiful white bitch she is about twenty five years old and she is a virgin white girl or/and the country of Japan allow me to win at least a couple million united states dollars as soon as possible and include a beautiful japanese bitch she is about twenty five years old and she is a virgin japanese girl for some reasons otherwise the defendants can not show cool in front of me like that i mean about two weeks ago i saw a lot of the U.S. National Guard in Minnesota i mean i saw the japanese U.S. National Guard include therefore the new pandemic is my stick only i mean i will asked the state of Minnesota please keep all the vehicles of the U.S. National Guard and possible some of the U.S. National Guard will go to the prison for some reasons and Donald Trump the president of the united states need someone look like my man shoot him when he is go outside or what ? i mean Mr. Donald Trump was lost his stick for some reasons i mean i wrote my complaint on April 6, 2021 i mean my complaint is very powerful for some reasons and i won Mr. Donald Trump stick when he was against me for some reasons make sense ? and if the defendants above go to the prison for some reasons their state will pay me a lot of money for some reasons is that right ? and the defendants above include the japanese U.S. National Guard for some reasons and i want to file my documents today thank you for reading
[Quoted text hidden]

**2 attachments**

**Scan.jpeg**
195K

**Scan 1.jpeg**
292K